MICHAEL TYLWALK, Respondent, v. MARY VOIGT et al., Appellants, et al., Defendants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff against defendants Voigt in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 998.]

■

ANTHONY LICHERELLI, Respondent, v. MARY VOIGT et al., Appellants, et al., Defendants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff against defendants Voigt in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 998.]

■

■

SAMUEL BATTAGLIA, Respondent, v. RICHARD VOIGT, Appellant. SAMUEL BATTAGLIA, Respondent, v. MARY VOIGT, Appellant, et al., Defendants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff against defendants Voigt in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 998.]

## (February 5, 1954.)

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL SIMPSON, Respondent, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed, without costs of this appeal to any party. (See *People* v. *Olah,* 300 N. Y. 96.) *People* v. *Love* (305 N. Y. 722) is not in point. All concur. (Appeal from an order directing that relator be remanded to the custody of the commissioner of correction of New York City at Attica Prison to be returned to the Court of General Sessions of New York County for further proceedings.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

THEODORE KINNEY, Respondent, v. GREAT LAKES DREDGE & DOCK, Appellant. — Order affirmed, with $10 costs and disbursements. All concur, except WHEELER, J., who dissents and votes for reversal and for granting the motion. (Appeal from an order denying defendant's motion for summary judgment and for dismissal of plaintiff's complaint, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.